RE: Case No. 25-0435                        DATE: 5/21/2025
COA #: 15-24-00047-CV             TC#: D-1-GN-21-002898
STYLE: A-TAP INC. v. TEX. HEALTH AND HUMAN SERVS. COMM'N

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                    MS. ROSALIND L. HUNT
                    OFFICE OF THE ATTORNEY GENERAL OF
                    TEXAS
                    ADMINISTRATIVE LAW DIVISON
                    P.O. BOX 12548, CAPTIOL STATION
                    AUSTIN, TX  78711-2548
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0435                    DATE: 5/21/2025
    COA #: 15-24-00047-CV              TC#: D-1-GN-21-002898
STYLE: A-TAP INC. v. TEX. HEALTH AND HUMAN SERVS. COMM'N

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                    DISTRICT CLERK  TRAVIS COUNTY
                    TRAVIS COUNTY COURT
                    P. O. BOX 679003
                    AUSTIN, TX  78767
                    * DELIVERED VIA E-MAIL *

RE: Case No. 25-0435                          DATE: 5/21/2025
    COA #: 15-24-00047-CV              TC#: D-1-GN-21-002898
STYLE: A-TAP INC. v. TEX. HEALTH AND HUMAN SERVS. COMM'N

     Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                   MS. JOANALYS B. SMITH
THE LAW OFFICE OF JOANALYS B. SMITH
& ASSOCIATES
2303 RANCH ROAD 620
SOUTH, STE. 160-159
AUSTIN, TX  78734
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0435          DATE: 5/21/2025
COA #: 15-24-00047-CV         TC#: D-1-GN-21-002898
STYLE: A-TAP INC. v. TEX. HEALTH AND HUMAN SERVS. COMM'N

     Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                        CHRISTOPHER  PRINE
                        FIFTEENTH COURT OF APPEALS
                        P.O, BOX 12852
                        AUSTIN, TX  78711
                        * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0435                    DATE: 5/21/2025
COA #: 15-24-00047-CV              TC#: D-1-GN-21-002898
STYLE: A-TAP INC. v. TEX. HEALTH AND HUMAN SERVS. COMM'N

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

GAY  BONORDEN
SMITH & ASSOCIATES
2303 RANCH ROAD 620
SOUTH, SUITE 160-159
AUSTIN, TX  78734
* DELIVERED VIA E-MAIL *